| | |
|---|---|
| 1 | Robert B. Jobe (Cal. State Bar #133089) |
| | LAW OFFICE OF ROBERT B. JOBE |
| 2 | 550 Kearny Street, Ste. 200 |
| | San Francisco, CA 94108 |
| 3 | Tel:   (415) 956-5513 |
| | Fax:   (415) 840-0308 |
| 4 | Email: bob@jobelaw.com |

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VARINDER PAL, | ) | No.   C 07-0896 EMC |
| | ) | |
| Plaintiff, | ) | MOTION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER |
| v. | ) | |
| EMILIA BARDINI ET AL,. | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Varinder Pal, through counsel, requests that his mandamus complaint currently pending before the Court be dismissed without prejudice. Subsequent to the filing of his mandamus complaint, Defendants issued a decision referring Mr. Pal's application for asylum to the immigration court. Therefore, Plaintiff is no longer alleging that the U.S. Citizenship and Immigration Services is illegally delaying the adjudication of his application.

Motion for Voluntary Dismissal and [Proposed] Order

WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his mandamus complaint, without prejudice.

DATED: April 11, 2007

/s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513.
(415) 840-0308 fax

Attorney for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: May 8, 2007

_____
Judge

IT IS SO ORDERED
Judge Edward M. Chen

Motion for Voluntary Dismissal and [Proposed] Order